1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | | |
|---|---|---|
| WILLIE GRAHAM, | ) | |
| Plaintiff, | ) | Case No. CV 07-00989 JFW (AJW) |
| v. | ) | |
| OFFICER LARZA, et al., | ) | J U D G M E N T |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

October 28, 2008

/s/
_____
JOHN F. WALTER
United States District Judge